UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Disclosure of Corporate Affiliations and Financial Interest

Sixth Circuit
Case Number: 23-3417    Case Name: Office of the Ohio Consumers' Counsel v. FERC

Name of counsel: Matthew A. Fitzgerald

Pursuant to 6th Cir. R. 26.1, Duke Energy Ohio, Inc.
*Name of Party*

makes the following disclosure:

1. Is said party a subsidiary or affiliate of a publicly owned corporation? If Yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party:

   Yes. Duke Energy Ohio is a direct, wholly-owned subsidiary of Cinergy Corp, which in turn is a direct, wholly-owned subsidiary of Duke Energy Corporation (NYSE: DUK), a publicly traded company listed on the New York Stock Exchange. Certain investment management companies —such as Vanguard Group, Inc.—may from time-to-time, through their subsidiaries and affiliates, own 10% or more of Duke Energy Corp. stock. Otherwise, no entity owns 10% or more of Duke Energy Corp.'s stock.

2. Is there a publicly owned corporation, not a party to the appeal, that has a financial interest in the outcome? If yes, list the identity of such corporation and the nature of the financial interest:

   No.

## CERTIFICATE OF SERVICE

I certify that on _____May 11, 2023_____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Matthew A. Fitzgerald

This statement is filed twice: when the appeal is initially opened and later, in the principal briefs, immediately preceding the table of contents. See 6th Cir. R. 26.1 on page 2 of this form.